UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-0739 AG (JPRx) | Date | May 15, 2013 |
|---|---|---|---|
| Title | TIMOTHY MARTIN SMITH v. SUNTRUST MORTGAGE, INC., et al | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

**Proceedings:** [IN CHAMBERS] ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION

On May 8, 2013, Plaintiff Timothy Martin Smith ("Plaintiff") filed this purported class action asserting jurisdiction under the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2) ("CAFA"). Although Plaintiff asserts that "the amount in controversy in this action exceeds $5,000,000," (Complaint, Dkt. No. 1, ¶ 32) this conclusory statement is insufficient for the Court to determine that the amount in controversy requirement is satisfied. Neither are the remaining allegations, without more, sufficient. (*See, e.g.*, *id.* ¶ 91.)

The Court ORDERS Plaintiff to show cause in writing within 14 days of this Order why this action should not be dismissed. Defendants may submit a response within seven days of Plaintiff's filing.

: 0

Initials of Preparer     lmb