GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 625-1600
Geragos@Geragos.com

MARK J. GERAGOS          SBN 108325
(mark@geragos.com)
BEN J. MEISELAS          SBN 277412
(meiselas@geragos.com)

Attorneys for Plaintiff TIMOTHY MARTIN SMITH and the Proposed Class

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY MARTIN SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE INC., et al.,<br><br>Defendants. | Case No. 8:13-cv-00739-AG-JPR<br><br>Judge: Hon. Andrew J. Guilford<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Timothy Martin Smith ("Plaintiff") and Defendants QBE Insurance Corporation, QBE FIRST Insurance Agency, Inc., and SunTrust Mortgage, Inc., hereby stipulate and agree as follows:

WHEREAS, on May 2, 2014, this Court granted the parties' joint motion to stay this action, on the grounds that a final decision concerning the settlement in another action, *Hamilton v. SunTrust Mortgage, Inc., et al.*, No. 13-60749-CIV-JIC (S.D. Fla.) ("*Hamilton*"), might fully resolve the claims asserted by Plaintiff and the putative class in this action, *see* ECF No. 90;

WHEREAS, the Court's May 2, 2014 Order staying this action instructed the parties to notify the Court within 10 days of a final decision concerning the *Hamilton* settlement, ECF No. 90 at 2;

WHEREAS, on November 10, 2014, the Court held a status conference in this matter, and the parties informed the Court that the court in *Hamilton* had issued an order approving the settlement of that action, but that order would not become final until the resolution of an appeal taken from the order to the United States Court of Appeals for the Eleventh Circuit;

WHEREAS, on December 19, 2014, the appellants in the appeal of the order approving the *Hamilton* settlement moved to voluntarily dismiss that appeal, *see Jabrani v. SunTrust Mortgage, Inc.*, No. 14-14892 (11th Cir. Dec. 19, 2014), and on January 23, 2015, the United States Court of Appeals for the Eleventh Circuit granted that motion and dismissed the appeal with prejudice, *id.*;

WHEREAS, the order approving the *Hamilton* settlement is now final;

WHEREAS, the order approving the *Hamilton* settlement encompasses and fully resolves the claims asserted by Plaintiff and the putative class in this case;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice and without costs to any party.

Dated:  February 2, 2015

Respectfully submitted,

/s/ Mark J. Geragos
Mark J. Geragos
**GERAGOS & GERAGOS, APC**
644 S. Figueroa Street
Los Angeles, CA 90017
213-625-3900
213-625-1600 (fax)
mark@geragos.com

*Attorneys for Plaintiff Timothy Martin Smith*

By: /s/ Eric D. Holland
Eric D. Holland (*pro hac vice*)
Email: eholland@allfela.com
R. Seth Crompton
Email: scrompton@allfela.com
HOLLAND LAW FIRM
300 N Tucker, Suite 801
St. Louis, Missouri 63101
Telephone:  (314) 241-8111
Facsimile:  (314) 241-5554

*Attorneys for Plaintiff Timothy Martin Smith*

By: /s/ Ross E. Morrison
Ross E. Morrison (*pro hac vice*)
Email: rmorrison@buckleysandler.com
BuckleySandler LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 600-2315
Facsimile: (212) 600-2405

*Attorneys for Defendants QBE Insurance Corporation and QBE FIRST Insurance Agency, Inc.*

By: /s/ Marc J. Gottlieb
Marc J. Gottlieb (*pro hac vice*)
Email: marc.gottlieb@akerman.com
Akerman LLP
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

*Attorneys for Defendant SunTrust Mortgage, Inc.*